In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-00488-CR


____________________



BEONKA NICOLA HADNOT, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 95964






MEMORANDUM OPINION


 We have before the Court a request from the appellant, Beonka Nicola Hadnot, to
dismiss her appeal. See Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by
appellant personally and joined by counsel of record. No opinion has issued in this appeal. 
The appellant requests immediate issuance of our mandate. See Tex. R. App. P. 18.1(c). The
motion is granted, and the appeal is therefore dismissed. We direct the clerk to issue the
mandate immediately.

 APPEAL DISMISSED. 



 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered July 15, 2009

Do not publish


Before Gaultney, Kreger, and Horton, JJ.